# Third District Court of Appeal

## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1849
Lower Tribunal No. F93-13806
_____

**Estaban Sosa,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Estaban Sosa, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LINDSEY, HENDON, and BOKOR, JJ.

PER CURIAM.

Estaban Sosa appeals an order denying his motion seeking credit for additional gain time. We affirm without prejudice to Sosa to first exhaust his administrative remedies with the Department of Corrections and to file a petition for writ of mandamus should he feel the decision of the Department is incorrect. See Dunbar v. State, 225 So. 3d 971, 972 (Fla. 3d DCA 2017) ("As an inmate in the custody of the [Department of Corrections], Dunbar must fully exhaust his administrative remedies regarding gain time or credit owed within the [Department of Corrections] before he is entitled to pursue judicial remedies." (citations omitted))

Affirmed.